■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEETRON BREECE, Appellant. [696 NYS2d 838] —Appeal by the defendant from a judgment of the County Court, Westchester County (Angiolillo, J.), rendered December 1, 1997, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant knowingly, voluntarily, and intelligently waived his right to appeal from the judgment of conviction after a plea of guilty in exchange for a lesser sentence (*see, People v Callahan,* 80 NY2d 273, 283; *People v Seaberg,* 74 NY2d 1). Ritter, J. P., Krausman, Florio and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN CARRINGTON, Appellant. [696 NYS2d 849] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered January 14, 1997, convicting him of murder in the second degree and robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the prosecutor improperly cross-examined him with respect to his pretrial silence is unpreserved for appellate review (*see, People v Torres,* 220 AD2d 263), and, in any event, without merit (*see, People v Otero,* 225 AD2d 489; *People v Torres, supra; People v Punter,* 222 AD2d 242; *People v Trigger,* 210 AD2d 359; *People v Timmons,* 149 AD2d 746).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 85 NY2d 909), or without merit (*see,* CPL 270.15 [3]; *People v Page,* 72 NY2d 69, 73-74; *People v Oyewole,* 220 AD2d 624; *People v Green,* 216 AD2d 170; *see also, People v Reynoso,* 231 AD2d 592). Thompson, J. P., Friedmann, Schmidt and Smith, JJ., concur.